THE PHŒNIX BRIDGE COMPANY, Respondent, *v.* THE KEY-STONE BRIDGE COMPANY et al., Appellants.

*Phœnix Bridge Co.* v. *Keystone Bridge Co.,* 10 App. Div. 176, affirmed.
(Argued April 19, 1897; decided May 4, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1896, which modified, and, as modified, affirmed, an order of Special Term confirming the report of a referee.

*H. B. Closson* for appellants.

*Delos McCurdy* and *John Yard* for respondent.

Order affirmed on opinion of INGRAHAM, J., below, with costs.

All concur.

----

In the Matter of the Assignment of EDWIN A. THRALL to ADOLPHE LUDEKE, for the Benefit of Creditors, Respondent, *v.* MARY E. THRALL, Appellant.

*Matter of Thrall,* 12 App. Div. 235, affirmed.
(Submitted April 19, 1897; decided May 4, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1896, which affirmed an order of Special Term denying an application to compel an assignee for the benefit of creditors, to pay alimony.

*Alexander Cameron* for appellant.

*C. H. Winsor* for respondent.

Order affirmed on opinion of VAN BRUNT, J., below, with costs.

All concur.